THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| REX - REAL ESTATE EXCHANGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC., et al.,<br><br>Defendants. | Case No. 2:21-CV-00312-TSZ<br><br>**DECLARATION OF LAURA B. NAJEMY** |

I, Laura B. Najemy, declare as follows:

1.        I am an associate at the law firm Orrick, Herrington & Sutcliffe LLP, counsel for defendants Zillow, Inc., Zillow Group, Inc., Zillow Homes, Inc., Zillow Listing Services, Inc., and Trulia, LLC (collectively "Zillow") in the above-captioned action.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness I could and would competently testify to them under oath.

2.        Set out below are screenshots showing portions of a REX listing on Zillow.com, as accessed via the "Other listings" tab:

1

2

3

4

5

6

7

8

9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28







1

2

3

4

5

6

7

8

9

10

11

12

13

14



15

https://www.zillow.com/homedetails/470-Ferndale-Ave-NE-Renton-WA-

16

98056/48857586_zpid/ (screenshots taken on April 26, 2021).

17

      3.      In the "Facts and Features" section of the listing, if you click on "View virtual

18

tour" it takes you to the virtual tour hosted on REX's website:

19



20

21

22

23

24

25

26

27

28

1

2   *See* https://www.rexhomes.com/listing/470-ferndale-ave-

3   ne?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default

4   (screenshot taken on April 26, 2021).

5        4.     Set out below are screenshots from Zillow.com showing an example of a co-

6   listing.  As can be seen, the listing indicates that it is "Also listed on REX Real Estate."

7



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12




13

14

15

16

17

18

19

20

21

22

23

24



25    https://www.zillow.com/homes/5923-19th-Ave-S-Seattle,-WA,-

26    98108_rb/118001227_zpid/?altId=39001_1757670 (screenshot taken on April 16, 2021).

27         5.      When you click on the hyperlink for REX Real Estate, next to "Also listed on,"

28

1

2    it takes you to the same property which is shown as listed by REX Real Estate:

3



18

19

20

21

22

23

24

25

26

27

28




Overview    Facts and features    Home value    Price and tax ▶

## Facts and features

| | | | |
|---|---|---|---|
| **Type:** | SingleFamily | **Cooling:** | None |
| **Year built:** | 2014 | **Parking:** | Garage - Attached, |
| **Heating:** | Forced air, Gas | **Lot:** | 3,360 sqft |
| | | **Price/sqft:** | $351 |

### Interior details

**Bedrooms and bathrooms**
Bedrooms: 4
Bathrooms: 3
Full bathrooms: 3

**Basement**
Basement: Unfinished

**Flooring**
Flooring: Carpet, Hardwood

**Heating**
Heating features: Forced air, Gas

**Cooling**
Cooling features: None

**Appliances**
Appliances included: Dishwasher, Dryer, Range / Oven, Refrigerator, Washer

**Other interior features**
Total interior livable area: 2,420 sqft
Fireplace: Yes
Virtual tour: View virtual tour

### Property details




‹ Home value    Price and tax history    Monthly cost    Rental v ▶

## Price and tax history

### Price history

| Date | Event | Price | |
|---|---|---|---|
| 3/24/2021 | Listed for sale | $850,000 (+54.5%) | $351/sqft |
| Source: REX Real Estate Report | | | |
| 11/10/2014 | Sold | $550,000 (+129.2%) | $227/sqft |
| Source: NWMLS #663706 Report | | | |
| 5/13/2013 | Sold | $240,000 | $99/sqft |
| Source: Public Record Report | | | |

### Public tax history

| Year | Property Taxes | Tax Assessment |
|---|---|---|
| 2018 | $6,620(-3%) | $751,000(+11.3%) |
| 2017 | $6,823(+40.5%) | $675,000(+13.3%) |
| 2016 | $4,856 | $596,000(+15.1%) |

⌄ See complete tax history



https://www.zillow.com/homes/5923-19th-Ave-S-Seattle,-WA,-98108_rb/118001227_zpid/?altId=bfdb08a1dec3843cce407da536bda808 (screenshots taken on April 16, 2021).

6. Like the previous listing shown above, when you click on "View virtual tour" in the "Facts and features" section of the property as listed by REX, you are taken directly to this listing on REX's website:



1

2  https://www.zillow.com/homes/5923-19th-Ave-S-Seattle,-WA,-

3  98108_rb/118001227_zpid/?altId=bfdb08a1dec3843cce407da536bda808 (screenshot taken on

4  April 16, 2021).

5         7.      This same property is now also listed on Redfin.com.  Below are screenshots of

6  this property taken from Redfin's website:

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22



23 https://www.redfin.com/WA/Seattle/5923-19th-Ave-S-98108/home/45464539 (screenshots

24 taken on April 16, 2021).

25        8.        This same property is now also listed on REALTOR.com. Below are

26 screenshots of this property taken from REALTOR.com's website:

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18



19  https://www.realtor.com/realestateandhomes-detail/5923-19th-Ave-

20  S_Seattle_WA_98108_M16619-09176 (screenshots taken on April 16, 2021).

21          9.      Below are screenshots from Zillow.com showing another example of a property

22  that REX has co-listed with an MLS agent:

23

24

25

26

27

28



https://www.zillow.com/homedetails/32724-4th-Pl-S-12D-Federal-Way-WA-98003/2075273736_zpid/ (screenshots taken on April 26, 2021).

10.    When you click on the link for REX Real Estate, next to "Also listed on," it takes you to the same property, as listed by REX Real Estate:

- 13 -





1

2



3

4

5

6

7

8

9



10

11

12

13

14

15

16

17

18

19

20
https://www.zillow.com/homedetails/32724-4th-Pl-S-12D-Federal-Way-WA-

21
98003/2075273736_zpid/ (screenshots taken on April 26, 2021).

22
      11.     When you click on "View virtual tour" in the "Facts and features" section of the

23
property as listed by REX, you are taken directly to this listing on REX's website:

24

25

26

27

28



https://www.rexhomes.com/listing/32724-4th-pl-

s?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default

(screenshot taken on April 26, 2021).

     12.     This same property is listed on Redfin.com, see

https://www.redfin.com/WA/Federal-Way/32724-4th-Pl-S-98003/unit-12D/home/17826,  as

well as REALTOR.com, see https://www.realtor.com/realestateandhomes-

detail/M2814197308.

     13.     Below are screenshots from Zillow.com of another example of a property that

REX has co-listed with an MLS agent:





https://www.zillow.com/homedetails/2952-W-Avenue-34-Los-Angeles-CA-90065/20758424_zpid/ (screenshots taken on April 17, 2021).

14.    When you click on the link for REX Real Estate, next to "Also listed on," it takes you to the same property, as listed by REX Real Estate:







1

2

3

4

5

6

7

8

9

10



11

12

13

14

15

16

17

18

19

20



21

https://www.zillow.com/homedetails/2952-W-Avenue-34-Los-Angeles-CA-

22

90065/20758424_zpid/?altId=4fe476fb91a35f766772de6ac2c1c2ba (screenshots taken on

23

April 17, 2021).

24

     15.    When you click on "View virtual tour" in the "Facts and features" section of the

25

property as listed by REX, you are taken directly to this listing on REX's website:

26

27

28



https://www.rexhomes.com/listing/2952-w-avenue-34-los-angeles?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default (screenshot taken on April 17, 2021).

16.    This same property is listed on Redfin.com, see https://www.redfin.com/CA/Los-Angeles/2952-W-Ave-34-90065/home/7073242, as well as REALTOR.com, see https://www.realtor.com/realestateandhomes-detail/M1142781698.

17.    Below are screenshots from Zillow.com of another example of a property that REX has co-listed with an MLS agent:




1
2
3
4
5
6
7
8
9
10
11
12
13



https://www.zillow.com/homedetails/53-Sargent-Ave-Somerville-MA-02145/2109152597_zpid/ (screenshots taken on April 17, 2021).

18.      When you click on the link for REX Real Estate, next to "Also listed on," it takes you to the same property, as listed by REX Real Estate:

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28











https://www.zillow.com/homedetails/53-Sargent-Ave-Somerville-MA-02145/2109152597_zpid/?altId=d2824dc5318a7ff72817570ac706e0e8 (screenshots taken on April 17, 2021).

19.    When you click on "View virtual tour" in the "Facts and features" section of the

property as listed by REX, you are taken directly to this listing on REX's website:



https://www.rexhomes.com/listing/53-sargent-avenue?utm_source=zillow&utm_medium=organic&utm_campaign=listing&utm_content=default (screenshot taken on April 17, 2021).

20.     This property is also listed on Redfin.com, see https://www.redfin.com/MA/Somerville/53-Sargent-Ave-02145/home/8727577, as well as on REALTOR.com, see https://www.realtor.com/realestateandhomes-detail/M3594610218.

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.

EXECUTED this _29_ day of April 2021, at Needham, MA

Laura B. Najemy